NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT**,
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

---

2013-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2664, Judge Alan G. Lance Sr.

---

**ON MOTION**

---

**O R D E R**

Shelia Winsett has filed a "Motion Notifying Court Notice of Appearance Filed Do Not Comply With Rule 25(d)" and asks that this court "find the Secretary violated the rules and order him to correct this document at the Court and consider sanctioning because this is not the first time offense." The Secretary of Veterans Affairs responds in his Informal Response Brief, pp. 22-23.

Ms. Winsett filed a similar motion in appeal No. 2012-7180. As in that appeal, Ms. Winsett has not shown that

2                                        SHELIA WINSETT v. SHINSEKI

the Secretary of Veterans Affairs has violated either the Federal Rules of Appellate Procedure or the rules of this court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25